CHECKER CAB MANUFACTURING CORPORATION v. "JOHN DOE" the Name
"John Doe" Being Fictitious, etc., it Being Intended to Be the Owner and
Occupant of the Garage Situated at 429 West 42d Street, City of New York,
the Party Now in Possession of Said Chattel.— Motion denied, with ten dollars
costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MILTON LICHTENSTEIN and Another v. MAJESTIC GARAGE CORPORATION.—
Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin,
O'Malley and Proskauer, JJ.

ANNA R. KING v. 250 WEST 25TH STREET CORPORATION.— Motion denied,
with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and
O'Malley, JJ.

ALLEN E. CLOUGH v. BUSH TERMINAL BUILDINGS COMPANY, Impleaded, etc.—
Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch,
McAvoy and Proskauer, JJ.

In the Matter of the Application of AMERICAN AGRICULTURIST, INC., and
Others, for a Mandamus Order against Hon. CHARLES L. GUY, Formerly One
of the Justices of the Supreme Court of the State of New York.— Motion denied,
with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and
Proskauer, JJ.

ADOLPH SINGERMAN v. WILLIAM J. BURNS INTERNATIONAL DETECTIVE AGENCY,
INC., Impleaded with "CLARENCE" JOHNSON, etc., and Others.— Motion denied,
with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley
and Proskauer, JJ.

HARRIET W. PETERS, as Administratrix, etc., of ALICE M. WHITE, Deceased,
v. LANCELOT M. BERKELEY, Impleaded, etc.— Motion denied, with ten dollars
costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Last Will and Testament of ROBERT P. GREEN, Deceased.
— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell,
Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of GUSTAVUS T. KIRBY against WALTER C.
MARTIN, as Tenement House Commissioner, etc., and Another.— Motion denied,
with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and
Proskauer, JJ.

CARL HINZ v. EIGHTH AVENUE RAILROAD COMPANY.— Motion denied, with
ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and
Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the
RHODE ISLAND HOSPITAL TRUST COMPANY, as Trustee under the Last Will and
Testament of MARY D. RUSHER, Deceased.— Motion denied, with ten dollars
costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY I. HENNING v. NEW YORK CATHOLIC PROTECTORY.— Motion denied,
with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley
and Proskauer, JJ.

ROSE LUBLIN v. HERMAN THEAMAN.— Motion denied, with ten dollars costs.
Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.